P. Kristofer Strojnik, State Bar No. 242728
pstrojnik@strojniklaw.com
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone:  (602) 510-9409

Attorneys for Plaintiff
THERESA BROOKE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>J.K.B. BROTHERS INC.,<br><br>Defendant. | Case No: 5:20-cv-02400-JGB-SP<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

NOTICE IS HEREBY GIVEN that Plaintiff Theresa Brooke dismisses the above action with prejudice; each party to bear own costs and fees.

RESPECTFULLY SUBMITTED this 11th day of January, 2021.

/s/ Peter Kristofer Strojnik
Peter Kristofer Strojnik (242728)
Attorneys for Plaintiff